# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**FTEX FOOD & LIQUOR, INC.**, an Illinois Corporation, and
**IMAD GHIZAWI,** an Individual,

    Plaintiffs,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

CASE NO.: 1:21-cv-01325

Honorable Robert M. Dow, Jr.

## NOTICE OF FILING PROOF OF SERVICE

**COMES NOW**, the Plaintiffs, FTEX FOOD & LIQUOR, INC., an Illinois Corporation, and IMAD GHIZAWI, an Individual, by the undersigned counsel, and NOTICES THIS court that the Plaintiffs have served upon the Defendant a copy of:

**Complaint [Doc. 1];**

**Exhibit "A" [Doc. 1.1];**

**Civil Cover Sheet [Doc. 2];**

**Attorney Appearance Form [Doc. 3];**

**Motion for Leave to Appeal Pro Hac Vice [Doc. 4 – 4.l];**

**Notification of Docket Entry (Initial Telephone Conference set for 04/28/21) [Doc. 5];**

**Notification of Docket Entry (Granting Andrew Tapp's Pro Hac Vice) [Doc. 6];**

and attach as Composite Exhibit "A" the PS Form(s) 3811, Domestic Return Receipt(s), dated:

    1.    April 26, 2021, in the above styled cause as proof of service respectively upon the **Civil Process Clerk, United States Attorney's Office, Northern District of Illinois**;

2. April 22, 2021, in the above styled cause as proof of service upon the **Attorney General of the United States**; and

3. April 19, 2021, in the above styled cause as proof of service upon the **United States Department of Agriculture-Food and Nutrition Service**, respectively.

Dated: June 23, 2021

Respectfully submitted,

**METROPOLITAN LAW GROUP, PLLC**

/s/ Andrew Z. Tapp
Andrew Z. Tapp, Esquire
Florida Bar Number: 68002
*Pro Hac Vice*
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
Telephone: (813) 228-0658
Andrew@Metropolitan.legal
Lajeana@Metropolitan.legal

and

Mark E. King, Esquire
King Law Group, P.C.
2025 West Berwyn Avenue
Suite 200
Chicago, IL 60625
mking@klgchicago.com

**COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 23, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and a true and correct copy of foregoing pleading was sent via Email to counsel for Defendant:

    Paraisia Winston Gray, Esq.
    Paraisia.winston.gray@usdoj.gov

    /s/ Andrew Z. Tapp
    Andrew Z. Tapp, Esquire
    Florida Bar Number: 68002
    *Pro Hac Vice*